**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

UNITED STATES OF AMERICA

vs.

DAWN SANTOVIZ
a/k/a Dawn Schwerin
_____/

CASE NO:  09-20006-10

DISTRICT JUDGE THOMAS L. LUDINGTON
MAGISTRATE JUDGE CHARLES E. BINDER

**ORDER MODIFYING CONDITIONS OF RELEASE**

An Order Setting Conditions of Release was entered on December 16, 2008, as to this Defendant.  Pretrial Services has reported to this judicial officer that there are concerns with the Defendant's compliance with some of those conditions.  After a meeting between Pretrial Services, defense counsel and the Defendant, the parties have agreed to a modification of the bond that would place the Defendant on a tether.  With the Defendant's agreement to be detained until the tether can be put in place, the government will not make a formal motion for detention.  Having heard from all parties concerning this issue, **IT IS ORDERED** that the Defendant's bond conditions are modified to include the requirement that she be place on a tether.  **IT IS FURTHER ORDERED** that the Defendant shall not be released until the tether has been put in place, and all other physical requirements for the tether to operate are put in place.  When they receive notice that everything is in place, the U.S. Marshal's Service is authorized to release Defendant Santoviz.

Review of this Order is governed by 28 U.S.C. § 636(b)(1)(A) and E.D. Mich.  LR 72.1(d)(1).  Pursuant to Local Rule 72.1(d)(2), a copy of any objections is to be served upon this Magistrate Judge.

s/ Charles E Binder
CHARLES E. BINDER
United States Magistrate Judge

Dated: January 22, 2009

## **CERTIFICATION**

    I hereby certify that this Order was electronically filed this date, electronically served on Craig Wininger, Shane Waller and Shawn Sutton, and served on Pretrial Services and the U.S. Marshal's Service by other electronic means.

Date: January 22, 2009                    By      s/Jean L. Broucek
                                                           Case Manager to Magistrate Judge Binder